Monty Lee EDDINGS, Appellant,

v.

State of MISSOURI, Appellee.

No. 08–3186.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 16, 2009.

Filed: June 18, 2009.

Monty Lee Eddings, Lawton, OK, pro se.

No appearance for appellee.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Monty Lee Eddings appeals the district court's [1] 28 U.S.C. § 1915A dismissal without prejudice of his pro se civil action against the State of Missouri. The district court's dismissal was based upon an application of the *Younger*[2] abstention doctrine. Upon de novo review of the section 1915A dismissal, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam), and review of the abstention holding for an

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A.

abuse of discretion, *see Norwood v. Dickey,* 409 F.3d 901, 903 (8th Cir.2005), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Knox, United States Magistrate Judge for the Western District of Missouri.

2. *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).